# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dante Melendez, Destiny Morrison, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 24-cv-03040-KMM-JFD |
| General Mills, Inc., | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: this matter is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

Date: 3/28/2025                                                                 KATE M. FOGARTY, CLERK